

# Fourth Court of Appeals
## San Antonio, Texas

July 27, 2016

No. 04-16-00454-CV

**IN RE** Sam **LAJZEROWICZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Patricia O. Alvarez, Justice
                Rebeca C. Martinez, Justice
                Luz Elena D. Chapa, Justice

On July 18, 2016 relator Sam Lajzerowicz filed a petition for writ of mandamus and motion for emergency stay pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and is of the opinion that Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and motion for emergency stay are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on July 27, 2016.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of July, 2016.

_Keith E. Hottle_
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2006-CI-16638, styled *In the Matter of the Marriage of Sam Lajzerowicz and Estelita Ocampo Lajzerowicz and in the Interest of LL*, *a Child*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Stephani A. Walsh presiding.